ACCEPTED
06-16-00054-CR
SIXTH COURT OF APPEALS
TEXARKANA, TEXAS
6/30/2016 11:49:06 AM
DEBBIE AUTREY
CLERK

## NO.   06-16-00054-CR

| | | |
|---|---|---|
| **STATE OF TEXAS** | § | **IN THE** |
| | § | |
| **VS.** | § | **6TH COURT** |
| | § | |
| **JOSEPH EMMANUEL WATKINS** | § | **OF APPEALS** |

FILED IN
6th COURT OF APPEALS
TEXARKANA, TEXAS
6/30/2016 11:49:06 AM
DEBBIE AUTREY
Clerk

### MOTION TO EXTEND TIME TO FILE APPELLANT'S BRIEF

**TO THE HONORABLE JUSTICES OF SAID COURT:**

Now comes JOSEPH EMMANUEL WATKINS, Appellant in the above styled and numbered cause, and moves this Court to grant an extension of time to file appellant's brief, pursuant to Rule 38.6 of the Texas Rules of Appellate Procedure, and for good cause shows the following:

1. This case is on appeal from the 13TH Judicial District Court of Navarro County, Texas.

2. The case below was styled the STATE OF TEXAS vs. JOSEPH EMMANUEL WATKINS, and numbered D34,763-CR.

3. Appellant was convicted of Theft Over $1500.

4. Appellant was assessed a sentence of 13 months TDC on 2/12/16.

5. Notice of appeal was given on 3/2/16.

6. The clerk's record was filed on 6/14/16; the reporter's record was filed on 6/14/16.

7. The appellate brief is due on 7/14/16.

8. Appellant requests an extension of time of 30 days from the due date, i.e. 8/14/16.

9. No previous extensions to file the brief has been received in this cause.

10. Defendant is currently incarcerated.

11.	Appellant relies on the following facts as good cause for the requested extension:

Appellant's Counsel is self-employed and a sole practitioner.	Due to counsel's case load and other work and personal obligations, counsel did not have adequate time to research and prepare the issues in this case within the 30 day period.	Counsel was working on two other briefs being filed with the courts this week including Ipina v. State, 10-16-00052, and Crenshaw v. State, 06-16-00061.	Counsel has one other brief due in this Court in Liberto v. State, 06-16-00063.	Counsel will be out of the country from July 1 – July 18th, 2016.

**WHEREFORE, PREMISES CONSIDERED**, Appellant prays that this Court grant this Motion To Extend Time to File Appellant's Brief, and for such other and further relief as the Court may deem appropriate.

> Respectfully submitted,
> Damara H. Watkins
> Attorney at Law
> 1541 Princeton Dr.
> Corsicana, TX 75110
> Tel: (903) 641-2595
> Fax: (903) 872-6456
>
> By: /s/
> Damara H. Watkins
> State Bar No. 00787740
> Attorney for JOSEPH EMMANUEL WATKINS

## CERTIFICATE OF SERVICE

This is to certify that on June 29, 2016, a true and correct copy of the above and foregoing document was served on the District Attorney's Office, Navarro County, Navarro County Courthouse, 300 W. 3rd Ave., Corsicana, Texas, by electronic service.

> /s/
> Damara H. Watkins